DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT EUGENE BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No.  2D23-89

_____

September 1, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Christopher C. Sabella, Judge.

Robert Eugene Brown, pro se.

PER CURIAM.

Affirmed.

CASANUEVA, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.